STEVEN G. KALAR
Federal Public Defender
RITA BOSWORTH
Assistant Federal Public Defender
450 Golden Gate Avenue
San Francisco, CA 94102
Telephone: (415) 436-7700
Telefacsimile: (415) 436-7706

Counsel for Defendant BROOKS

FILED
MAY 1 2013
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> PETER BROOKS, ) <br> ) <br> Defendant. ) <br> _____ ) | No. CR-12-865 MEJ <br><br> STIPULATION AND [PROPOSED] ORDER TO CONTINUE PLEA AND SENTENCING <br><br> Current hearing date: May 9, 2013 <br> Proposed hearing date: May 16, 2013 |

1. The defendant is currently scheduled to enter a plea and be sentenced on May 9 at 2:30 p.m.

2. After the May 9 date was set, defense counsel learned that she will be out of the district for work on that date and will thus be unable to attend the hearing.

3. In order to ensure that the defendant has his counsel present for his change of plea and sentencing, critical stages of his proceedings, the parties request that the Court continue the plea and sentence to the following week, May 16, or whatever date in May that is convenient for the Court.

4. Mr. Brooks is out of custody, so a continuance does not prejudice him.

//

U.S. v. Brooks, 12-865 MEJ Stipulation to
Continue Sentencing

IT IS SO STIPULATED.

MELINDA HAAG
United States Attorney

4/29/13                                          /s/
---------                              ---------
DATED                                  MARC WOLF
                                       Special Assistant United States Attorney


STEVEN KALAR
Federal Public Defender

4/29/13                                          /s/
---------                              ---------
DATED                                  RITA BOSWORTH
                                       Assistant Federal Public Defender


Good cause shown, the defendant's plea and sentencing hearing is hereby continued to ~~May 16, 2013, at 10:00 a.m.~~ May 23, 2013 at 10:00 a.m.

5-1-13
---------                              ---------
DATED                                  MARIA ELENA JAMES
                                       Chief United States Magistrate Judge

U.S. v. Brooks, 12-865 MEJ  Stipulation to
Continue Sentencing                                    2