1  STEVEN G. KALAR
   Federal Public Defender
2  RITA BOSWORTH
   Assistant Federal Public Defender
3  450 Golden Gate Avenue
   San Francisco, CA 94102
4  Telephone: (415) 436-7700
   Telefacsimile: (415) 436-7706
5
   Counsel for Defendant BROOKS

**FILED**
MAY 23 2013
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR-12-865 (MEJ) |
| Plaintiff, | [~~PROPOSED~~] ORDER TO RELIEVE DEFENDANT OF OBLIGATION TO PAY FOR COUNSEL |
| v. | |
| PETER BROOKS, | |
| Defendant. | |

On February 7, 2013, Mr. Brooks made his initial appearance in magistrate court. He requested appointed counsel. Upon review of his financial affidavit, the Court appointed counsel but ordered him to pay $200 per month toward the cost of his representation. The defendant has since provided additional documentation to the probation office demonstrating that he is unable to pay any amount toward the cost of his representation. As such, it is hereby ORDERED that Mr. Brooks is relieved of any obligation to contribute money toward the cost of his representation.

DATE: 5-23-13

MARIA-ELENA JAMES
United States Magistrate Judge

ORDER